**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**WANDA BUTLER**      **CIVIL ACTION**

**VERSUS**     **NUMBER: 08-317**

**LEXINGTON INSURANCE CO.**     **SECTION: "B"(4)**

## ORDER

**IT IS ORDERED** that this matter is **REMANDED** to Civil District Court for the Parish of Orleans, State of Louisiana for lack of jurisdiction under 28 U.S.C. Section 1447(c).

New Orleans, Louisiana this 23rd day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE